IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VINCENT RODRIGUEZ, individually and on behalf of all others similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>GC PIZZA LLC d/b/a "Domino's Pizza" and GREGORY CUTCHALL, individually,<br><br>Defendants. | CASE NO.:  4:20-cv-3106<br><br>**NOTICE OF SERVING SUPPLEMENTAL DISCOVERY RESPONSES PERSUANT TO DOC. 73 ORDER** |

**COME NOW**, Defendants, GC Pizza LLC d/b/a "Domino's Pizza", and Gregory Cutchall, individually, and hereby gives notice of serving Defendants' Supplemental Responses to Plaintiff's Requests for Production of Documents No. 1 Pursuant to Doc 73 and bates-stamped excel file "GCP 20083-20084", upon Plaintiff, on December 28, 2021, by electronically mailing to Plaintiff's attorneys of record.

    GC PIZZA LLC d/b/a "Domino's Pizza" and
    GREGORY CUTCHALL, individually, Defendants

    By: s/Michael L. Moran
        Michael L. Moran, #24042
        ENGLES, KETCHAM, OLSON & KEITH, P.C.
        1700 Farnam Street
        1350 Woodmen Tower
        Omaha, Nebraska 68102
        (402) 348-0900  Fax (402) 348-0904
        mmoran@ekoklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Meredith Black Mathews
Forester Haynie, PLLC
400 North St. Paul Street Suite 700
Dallas, TX 70201
Work: (214) 210-2100
Fax: (214) 346-5909
mmathews@foresterhaynie.com

Mark Potashnick
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Work: (314) 997-9150 ext. 2
Fax: (314) 997-9170
markp@wp-attorneys.com

Eli Karsh
LIBERMAN, GOLDSTEIN & KARSH
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri 63105
Work: (314) 433-9300
Fax: (314) 300-6262
elikarsh@aol.com

Edward "Coach" Weinhaus
10859 Picadily Square Drive
Saint Louis, NO 63146
Phone: (314) 580-9580
eaweinhaus@gmail.com

**Attorneys for Plaintiff**

                                              s/Michael L. Moran