UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| VINCENT RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>GC PIZZA LLC d/b/a "Domino's Pizza,"<br><br>        Defendant. | Case No. 4:20-cv-03106-JMG-SMB |

**PLAINTIFF'S CONSENT MOTION FOR APPROVAL OF A COLLECTIVE ACTION SETTLEMENT AND FINAL APPROVAL OF A CLASS ACTION SETTLEMENT**

Comes now Plaintiff Vincent Rodriguez, by attorneys and moves the Court for approval of the parties' collective action settlement and final approval of the parties' class action settlement. As grounds therefore, Plaintiff incorporates by reference his contemporaneously-filed Memorandum in Support of the Motion.

WHEREFORE, Plaintiff prays the Court to:

    (a)    approve the parties' settlement of the Nebraska class action;

    (b)    approve the parties' settlement of the FLSA collective action;

    (c)    approve the service award to Plaintiff Vincent Rodriguez;

    (d)    approve the recovery of attorney's fees and costs by Plaintiff's counsel, finding that the fee rates sought by Plaintiff's counsel are reasonable;

    (e)    require the parties to effectuate the settlement terms; and

    (f)    dismiss the claims with prejudice.

Dated: January 6, 2025                    Respectfully Submitted,

**WEINHAUS & POTASHNICK**
*/s/ Mark Potashnick*
Mark A. Potashnick (MO Bar # 41315)
(admitted *pro hac vice*)
11500 Olive Blvd., Suite 133
St. Louis, Missouri  63141
Telephone:(314) 997-9150
Facsimile:  (314) 997-9170
markp@wp-attorneys.com

LEGALSOLVED LLC
Edward "Coach" Weinhaus
(admitted *pro hac vice*)
11500 Olive Blvd., Suite 133
St. Louis, Missouri  63141
(314) 580-9580 (p)
eaweinhaus@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, I served a true and correct copy of the foregoing on all counsel of record via the Court's electronic case filing system.

*/s/ Mark Potashnick*

2