IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VINCENT RODRIGUEZ, Individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>GC PIZZA LLC d/b/a "Domino's Pizza",<br><br>Defendant. | 4:20CV3106<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. (Filing No. 189). Having considered the matter, the Court will accept the joint stipulation. Accordingly,

**IT IS ORDERED:**

1. This case is dismissed with prejudice, with the parties to bear their own costs except as provided in the settlement agreement and other orders of this Court.
2. A separate judgment will be entered.

Dated this 18th day of June, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge